# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

FREDA A. HERSHBERGER                                              PLAINTIFF

v.                            No. 1:15-cv-101-DPM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                    DEFENDANT

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Hershberger's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 July 2016