IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDA A. HERSHBERGER                                               PLAINTIFF

v.                             No. 1:15-cv-101-DPM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                     DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 July 2016